**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:14CR00074 JLH | |
| MESHA WHITE | | DEFENDANT |

**ORDER**

Before this indictment was returned, I had received information about the allegations against Mesha White from a family member who is friends with a person who believes that he was victimized by Ms. White's conduct. Therefore, to avoid the appearance of impropriety, I am recusing from this case. The Clerk of the Court will reassign this case by random draw.

IT IS SO ORDERED this 8th day of April, 2014.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE