*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA                                                PLAINTIFF

vs.                                       4:14CR00074-001  SWW

MESHA WHITE                                                             DEFENDANT

**ORDER**

The Court has determined that the hearing in this matter currently scheduled for September 24, 2015, should be continued due to the Court's scheduling conflicts.

IT IS THEREFORE ORDERED that defendant's sentencing hearing is rescheduled for ***WEDNESDAY, OCTOBER 21, 2015 AT 1:00 P.M.***

*Pursuant to General Order No. 54, counsel is authorized to bring electronic device(s) into the courthouse for this proceeding.*

DATED this 14th day of September 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE