*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                         PLAINTIFF

vs.                             4:14CR00074-001  SWW

MESHA WHITE                                                      DEFENDANT
(Bond)

## ORDER

Pending before the Court is defendant's motion to continue the sentencing hearing previously scheduled for October 21, 2015. The motion is unopposed by the government. The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the motion to continue the sentencing hearing [doc #35] shall be, and hereby is **GRANTED**.

The sentencing hearing will be rescheduled on ***THURSDAY, DECEMBER 10, 2015 at 1:00 p.m. in Courtroom #389***.

IT IS SO ORDERED this 20th day of October 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE