*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                              4:14CR00074-001  SWW

MESHA WHITE                                                           DEFENDANT

## ORDER

The Court has determined that the hearing in this matter currently scheduled for December 10, 2015 should be continued due to a scheduling conflict on the Court's calendar.

IT IS THEREFORE ORDERED that the defendant's sentencing hearing is rescheduled for ***TUESDAY, DECEMBER 29, 2015 AT 10:00 A.M. IN COURTROOM A530.***

*Pursuant to General Order No. 54, counsel is authorized to bring electronic device(s) into the courthouse for this proceeding.*

IT IS SO ORDERED this 19th day of November 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE